UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
                                                    Case No. 13-40134-LMI
ISAAC KODSI,                                        Chapter 7


        Debtor.
_____/

SPN HOLDINGS, LTD.,                                 Adv. Pro. No. 14-01649-LMI

        Plaintiff/Counter-Defendant,                Removed from the Circuit Court of the
                                                    Eleventh Judicial Circuit in and for Miami-
                                                    Dade County, Florida,
                                                    Case No. 13-037643-CA-01

v.

BARRY MUKAMAL, as Chapter 7 Trustee
for the bankruptcy estate of Isaac Kodsi;
TERA M. KODSI and NELSON
SLOSBERGAS, P.A,

        Defendants/Counter-Plaintiffs.
_____/

## CERTIFICATE OF SERVICE

Barry E. Mukamal, the Chapter 7 Trustee (the *"Trustee"*) for the bankruptcy estate (the

*"Estate"*) of ISAAC KODSI (the *"Debtor"* or *"Mr. Kodsi"*), by and through undersigned

counsel, hereby certifies that the Notice of Removal [ECF No. 1], was served upon the following

parties via transmission of Notices of Electronic Filing, by the Florida Courts E-Filing Portal.

| Name | Party | Email Address |
| --- | --- | --- |
| Aniella Gonzalez | Barry Mukamal and Tera Kodsi | ag@khllaw.com |
|  |  | sorellana@khllaw.com |
|  |  | igarcia@khllaw.com |

1

| Name | Party | Email Address |
|---|---|---|
| Cary A Lubetsky | Barry Mukamal and Tera Kodsi | cal@khllaw.com |
| | | eservicemia@khllaw.com |
| | | igarcia@khllaw.com |
| Matthew P. Leto | SPN Holdings, Ltd. | mleto@hlhlawfirm.com |
| | | bfuentes@hlhlawfirm.com |
| | | pleadings@hlhlawfirm.com |
| Aniella Gonzalez | Barry Mukamal and Tera Kodsi | ag@khllaw.com |
| | | sorellana@khllaw.com |
| Daniel N. Gonzalez | Barry Mukamal | dgonzalez@melandrussin.com |
| | | mblanco@melandrussin.com |
| | | mrbstate@yahoo.com |
| Juan C Cura | Nelson Slosbergas, P.A | jc@miami-intl-law.com |
| | | mayling@miami-intl-law.com |
| Lawrence E Pecan III | Barry Mukamal and Tera Kodsi | lpecan@melandrussin.com |
| | | mrbstate@yahoo.com |
| | | mblanco@melandrussin.com |

Respectfully submitted,

s/ Lawrence E. Pecan, III
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
Lawrence E. Pecan, III, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Chapter 7 Trustee*

2