UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ISAAC KODSI,

      Debtor.
_____/

SPN HOLDINGS, LTD.,

      Plaintiff/Counter-Defendant,

v.

BARRY MUKAMAL, as Chapter 7 Trustee
for the bankruptcy estate of Isaac Kodsi;
TERA M. KODSI and NELSON
SLOSBERGAS, P.A,

      Defendants/Counter-Plaintiffs.
_____/

Case No. 13-40134-LMI
Chapter 7

Adv. Pro. No. 14-01649-LMI

Removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida,
Case No. 13-037643-CA-01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Status Conference* [ECF No. 2] was served on September 24, 2014, via U.S. Mail upon the parties listed on the attached **Exhibit 1**.

Dated: September 24, 2014.

s/ Daniel N. Gonzalez
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Chapter 7 Trustee*

| | | |
|---|---|---|
| Tera Kodsi<br>4412 N. Bay Rd.<br>Miami Beach, FL | NELSON SLOSBERGAS, P.A<br>1110 Brickell Av.<br>Miami, FL 33131 | SPN Holdings, Ltd.<br>c/o Robert A. Schatzman, Esq.<br>Gray Robinson, P.A.<br>1221 Brickell Ave., #1600<br>Miami, FL 33131 |

EXHIBIT 1